```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

Derrick D. Hentschel

      v.                                  Case No. 16-cv-426-JL

Doe #1 et al

## O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated April 4, 2017. Further, the request for the preliminary injunction, to which the Attorney General has responded as instructed, is referred to the US Magistrate Judge.

SO ORDERED.

_____
Joseph N. Laplante
Chief Judge

Date: May 10, 2017

cc:   Derrick D. Hentschel, pro se
       Elizabeth A. Lahey, Esq.